**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. RDB-24-01** |
| v. | |
| **BRENDA CHUNGA,**<br>a/k/a "Bitcoin Bueatee," | |
| Defendant. | |

### ORDER TO UNSEAL THE INDICTMENT

For good cause shown upon motion of the United States of America, it is this 29th day of January 2024, by the United States District Court for the District of Maryland, hereby ORDERED that the above-captioned case be, and the same hereby is, **UNSEALED**.

_____
Hon. Richard D. Bennett
United States District Judge