AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

USDC- BALTIMORE
'24 JAN 29 PM3:45

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   RDB-24-001 |
| BRENDA CHUNGA | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    01/29/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jonathan P. Van Hoven
*Printed name of defendant's attorney*

_____
*Judge's signature*

Richard D. Bennett, District Judge
*Judge's printed name and title*